UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDA CHAU,

        Plaintiff,

  v.

CITY OF SEATTLE, et al.,,

        Defendants.

Case No. C09-1130TSZ

TAXATION OF COSTS

Costs in the above-entitled action are hereby taxed against PLAINTIFF LINDA CHAU and on behalf of DEFENDANTS in the amount of $2,933.71.

Dated this   30th   day of AUGUST, 2010 .

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1